# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ROBERT BASQUE,

   Petitioner,

vs

TERESA SCHWARTZ,

   Respondent.

Case No. 2:07-cv-00258-GEB-KJM

ORDER

---

    IT IS HEREBY ORDERED that the hearing date of June 20, 2007, on Respondent's Motion To Dismiss is re-scheduled to July 25, 2007, at 10:00 A.M. in Courtroom 26.

DATED: June 19, 2007.

_____
U.S. MAGISTRATE JUDGE

Basque v Schwartz  
2:07-cv-00258-GEB-KJM

Stipulation And Order To Move Hearing Date