IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BASQUE,

    Petitioner,                      No. CIV S-07-0258 GEB KJM P

    vs.

TERESA SCHWARTZ, Warden, et al.,

    Respondent.                    ORDER

_____/

        On February 16, 2007, the court directed respondents to file a response to petitioner's application for federal habeas relief. On May 17, 2007, respondent filed a motion to dismiss. On October 17, 2007, the court recommended that the motion be denied; on December 27, 2007, the district court adopted this recommendation. Nevertheless, respondent has not filed an answer to the petition.

        IT IS HEREBY ORDERED that within thirty days of the date of this order, respondent file an answer to the petition for a writ of habeas corpus. Petitioner's reply, if any, is due thirty days after the answer is filed.

DATED: February 15, 2008.

U.S. MAGISTRATE JUDGE

2/basq0258.ord

1