IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT BASQUE,** | 2:07-cv-00258-GEB-KJM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **TERESA SCHWARTZ, Warden, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including April 16, 2008, in which to file an answer to the Petition for Writ of Habeas Corpus (docket no. 19).

DATED: March 19, 2008.

_____
U.S. MAGISTRATE JUDGE

1