IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BASQUE,

        Petitioner,                   2:07-cv-0258-GEB-KJM-P

   vs.

TERESA SCHWARTZ, Warden, et al.,

        Respondents.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 20, 2009, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. Neither side has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 20, 2009, are adopted in full;

2. Respondent's second, supplemental motion to dismiss is denied; and

3. Respondent is directed to file an answer within thirty days of this order; petitioner's traverse, if any, is due within thirty days of the filing of the answer.

Dated: April 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge