IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BASQUE,

        Plaintiff,                      No. CIV S-07-0258 GEB KJM P

    vs.

TERESA SCHWARTZ,

        Respondent.            ORDER

                                    /

        Petitioner is a former state prison inmate proceeding with counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Counsel has filed a document entitled "Petitioner's Request For Evidentiary Hearing And To Shorten Time." Docket No. 36. Until counsel has noticed the motion in accordance with the local rules, the request will not be heard Local Rule 78-230 (b)

DATED: September 1, 2009.

                                                                     _____
                                                                     U.S. MAGISTRATE JUDGE

2
basq0258.ord