IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BASQUE,

     Petitioner,                      No. CIV S-07-258 GEB KJM P

    vs.

TERESA SCHWARTZ,

     Respondents.                 <u>ORDER</u>

_____/

        Upon the parties' stipulation, the court grants respondent's motion for relief from untimely filing (docket no. 42) and respondent's opposition to the motion for an evidentiary hearing is deemed timely.

        IT IS SO ORDERED.

DATED: October 15, 2009.

_____
U.S. MAGISTRATE JUDGE

1